JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLORITA MARTINEZ,<br>Plaintiff,<br>v.<br>WAL-MART STORES, INC.,<br>Defendants. | Case No. 5:25-cv-00562-AB (ACCVx)<br><br>**ORDER <u>DISMISSING</u> CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: July 22, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE